Alicia J. Donahue (SBN 117412)
adonahue@shb.com
Gabrielle Handler Marks (SBN 203733)
gmarks@shb.com
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California  94104-2828
Telephone:    415.544.1900
Facsimile:    415.391.0281

Attorneys for Defendant
ELI LILLY AND COMPANY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG RODGERS, | Case No. 1:08-cv-01363-LJO-SMS |
| Plaintiff, | **ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT RITE AID CORPORATION** |
| vs. | |
| ELI LILLY AND COMPANY, RITE AID CORPORATION AND DOES 1 THROUGH 20, INCLUSIVE, | Complaint filed: July 23, 2008 |
| | District Judge: Lawrence J. O'Neill |
| Defendants. | Magistrate Judge: Sandra M. Snyder |

This matter came before the Court upon plaintiff Greg Rodgers, defendant Rite Aid Corporation and defendant Eli Lilly and Company's Stipulation and Motion to Dismiss Without Prejudice As To Defendant Rite Aid Corporation.  Based upon the parties' stipulation, which has been agreed to and signed by counsel for the parties, and pursuant to FED. R. CIV. P. 41(a)(2):

IT IS HEREBY ORDERED THAT this action is dismissed without prejudice as to defendant Rite Aid Corporation.

Dated this 4th day of November, 2008.

    \_\_\_/s/ Lawrence J. O'Neill_____
    HON. LAWRENCE J. O'NEILL
    UNITED STATES DISTRICT JUDGE

148042V1