Alicia J. Donahue (SBN 117413)
adonahue@shb.com
SHOOK, HARDY & BACON, L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone:      (415) 544-1900
Facsimile:      (415) 391-0281

Michelle R. Mangrum, pro hac vice
Jesse Weisshaar, pro hac vice
600 14th Street, N.W.., Suite 800
Washington, D.C.  20005
Telephone:      (202) 783-8400
Facsimile:      (202) 783-4211

Attorneys for Defendant
ELI LILLY AND COMPANY

BRADLEY J. SWINGLE, (SBN 171535)
bswingle@curtisandarata.com
CURTIS & ARATA
A Professional Corporation
1300 K Street, Second Floor
Modesto, CA 95354
Telephone: (209) 521-1800
Facsimile: (209) 572-3501

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| GREG RODGERS, | Case No. 1:08-CV-01363-LJO-SMS |
| Plaintiff, | **CONSENT MOTION FOR AND  ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| v. | |
| ELI LILLY AND COMPANY, RITE AID CORPORATION and DOES 1 through 20, inclusive, | Complaint filed: July 23, 2008 |
| Defendants. | |
| _____/ | |

COMES NOW plaintiff Greg Rodger and, pursuant to FED. R.. CIV. P 15 (a)(2), respectfully

requests this Court grant him leave to file an amended complaint in which he will be joined in

1  this wrongful death action by Crystal Rodgers, the decedent's natural mother and heir, and a

2  necessary party in this case. Counsel for each of the parties who have appeared in this action

3  consent to the filing of plaintiff's amended complaint.

4        WHEREFORE, plaintiff Greg Rodgers respectfully requests that this Court enter an

5  Order granting him leave to file his First Amended Complaint and grant such other relief as the

6  Court may deem just and proper.

7  Dated: April _6_, 2009                **CURTIS & ARATA**

8

9

10                                By: ____/s/ Bradley J. Swingle_____
                                       Bradley J. Swingle
11                                     Attorneys for Plaintiff

12

**IT IS SO ORDERED.**

13        IT IS FURTHER ORDERED THAT Plaintiffs shall file the First Amended Complaint

14  within five (5) days from service of this Order.

15

16  **Dated:   May 4, 2009**                   _____/s/ Sandra M. Snyder_____
                                             **UNITED STATES MAGISTRATE JUDGE**
17

18

19

20

21

22

23

24

25

26

27

28

CONSENT MOTION FOR AND [PROPOSED] ORDER
GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT
CASE NO. 1:08-CV-01363-LJO-SMS                    - 2 -