UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

| | |
|---|---|
| GREG RODGERS and CRYSTAL RODGERS, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>ELI LILLY AND COMPANY, AND DOES 1 )<br>through 20, INCLUSIVE, )<br>)<br>Defendants. )<br>) | Case No. 1:08-cv-01363-LJO-SMS<br><br>**ORDER OF DISMISSAL**<br><br>Complaint filed: July 23, 2008<br><br>District Judge: Lawrence J. O'Neill<br>Magistrate Judge: Sandra M. Snyder |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court upon the parties Stipulation and Motion to Dismiss with Prejudice. Based upon the parties' stipulation, which has been agreed to and signed by counsel for all the parties to this action, and pursuant to FED. R. CIV. P. 41(a)(2):

IT IS HEREBY ORDERED THAT this action is dismissed with prejudice, with each party to bear its own costs.

SO ORDERED this 9th day of November, 2009.

/s/ Lawrence J. O'Neill
HON. LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE